UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKAT,<br><br>                        Plaintiff,<br><br>          vs.<br><br>THE GODSON CONSULTING LLC 401K PLAN & JONATHAN GODSON,<br><br>                      Defendants. | Civil Action No. 1:18-cv-04831-LAK<br><br>Honorable Lewis A. Kaplan<br><br>June 8, 2018<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff SKAT hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants The Godson Consulting LLC 401K Plan and Jonathan Godson.

                          Respectfully submitted,

                          HUGHES HUBBARD & REED LLP

                          s/ Sarah. L. Cave
                          Sarah L. Cave
                          One Battery Park Plaza
                          New York, New York  10004-1482
                          (212) 837-6000 (t)
                          (212) 422-4726 (f)
                          Sarah.cave@hugheshubbard.com
                          Counsel for Plaintiff SKAT (Customs and Tax Administration of the Kingdom of Denmark)